IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LOUIS GREEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-1092 |
| § | |
| BANK OF AMERICA N.A., *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

In accordance with the Memorandum and Order of today's date, this case is dismissed with prejudice. This is a final judgment.

SIGNED on July 30, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge